SHAWN CARTER *v.* COMMISSIONER OF
CORRECTION

The petitioner Shawn Carter's petition for certification for appeal from the Appellate Court, 108 Conn. App. 906 (AC 28388), is denied.

*Matthew J. Collins*, special public defender, in support of the petition.

*Bruce R. Lockwood*, senior assistant state's attorney, in opposition.

Decided September 10, 2008

STATE OF CONNECTICUT *v.* CHARLES W.
OUTLAW, JR.

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 772 (AC 28390), is denied.

*Christopher Y. Duby*, special public defender, in support of the petition.

*Kathryn Ward Bare*, deputy assistant state's attorney, in opposition.

Decided September 10, 2008